# UNITED STATES DISTRICT COURT
for the
EASTERN District of LOUISIANA

Division

Case No. **19-6054 SECT. I MAG. 2**
(to be filled in by the Clerk's Office)

HARVEY CLARK

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

NICHOLLS STATE UNIVERSITY, JAY CLUNE, VELMA SUE WESTBROOK, REBECCA LYONS, ALAINA DAIGLE, SHANE ROBICHAUX, TOMMY PONSON, AND OTHER EMPLOYEES

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)* ☒ Yes ☐ No

**TENDERED FOR FILING**

**MAR 29 2019**

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

  A. **The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  Name: HARVEY CLARK
  Street Address: 1415 HIMALAYA AVE APT 3
  City and County: THIBODAUX
  State and Zip Code: LOUISIANA, LA 70301
  Telephone Number: 985-464-1055
  E-mail Address: HARVEY.L.CLARK@ATT.NET

  B. **The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: NICHOLLS STATE UNIVERSITY
- Job or Title (if known):
- Street Address: 906 EAST FIRST STREET
- City and County: THIBODAUX
- State and Zip Code: LOUISIANA, 70301
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: JAY CLUNE PROFESSIONAL AND PERSONAL
- Job or Title (if known): PRESIDENT
- Street Address: 906 E FIRST STREET
- City and County: THIBODAUX
- State and Zip Code: LOUISIANA
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: REBECCA LYONS
- Job or Title (if known): DEPARTMENT HEAD
- Street Address: 906 EAST FIRST STREET
- City and County: THIBODAUX
- State and Zip Code: LOUISIANA
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: ALAINA DAIGLE, SHANE ROBICHAUX, TOMMY PONSON
- Job or Title (if known): INSTRUCTORS/STAFF
- Street Address: 906 EAST FIRST STREET
- City and County: THIBODAUX, LA
- State and Zip Code: LOUISIANA
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question     ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

42 U.S.C SECTION 1985, 1983, AND 1981; 28 U.S.C 4101; 18 U.S.C 371; 31 U.S.C. 3729-3733; FIRST AMENDMENT RETALIATION IN REGARDS TO FREEDOMS GUARANTEED A PERSON BY THE US CONSTITUTION AND FIRST AMENDMENT INTERFERENCE; 18 U.S.C 241 (CONSPIRACY AGAINST RIGHTS); 18 U.S.C SECTION 245 (FEDERALLY PROTECTED ACTIVITY); 18 U.S.C 18 SECTION 242; TITLE IX OF THE EDUCATIONAL AMENDMENTS OF 1972, 14TH AMENDMENT VIOLATION.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* N/A, is a citizen of the State of *(name)* N/A.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* N/A, is incorporated under the laws of the State of *(name)* N/A, and has its principal place of business in the State of *(name)* N/A.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* N/A, is a citizen of the State of *(name)* N/A. Or is a citizen of

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

                        *(foreign nation)*   N/A  .

      b.    If the defendant is a corporation

            The defendant, *(name)*   N/A  , is incorporated under the laws of the State of *(name)*   N/A  , and has its principal place of business in the State of *(name)*   N/A  . Or is incorporated under the laws of *(foreign nation)*   N/A  , and has its principal place of business in *(name)*   N/A  .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.  Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. SHANE ROBICHAUX - ADA, RETALIATION AND DEPRIVATION OF CONSTITUTIONAL RIGHTS
SHANE ROBICHAUX, CONSPIRED WITH UNIVERSITY EMPLOYEES TO DEPRIVE ME OF CONSTITUTIONALY PROTECTED FREE SPEECH AND DEPRIVATION OF THE ADA RIGHTS, SECTION 1983 DEPRIVATION OF RIGHTS (DEPRIVED OF RIGHTS AND THE ACTOR USED THE COLORS OF LAW TO MAKE SUCH DEPRIVATION). MR. ROBICHAUX REFUSED TO ALLOW ME TO TAKE AN EXAM, FIRST STATING THAT I "DIDN'T NOT FOLLOW PROPER PROTOCAL/PROCEDURES WHEN TAKING AN EXAM IN THE TESTING CENTER" MESSAGE RELAYED BY TOMMY PONSON THROUGH EMAIL, IT WAS LATER, STATED BY THE TESTING FACILITY, THAT I HAD FOLLOWED PROPER PROCEDURES AND THAT THE SAME INSTRUCTOR HAD BEEN INFORMED OF THIS WHEN HE'D PREVIOUSLY ASKED ABOUT PROPER PROTOCAL. MR. ROBICHAUX ALSO LATER STATED THAT HE HADN'T RECEIVED DIRECTIVED TO ALLOW ME TO TAKE AN EXAM AT ALL, THE COURSE HAD ALREADY BEEN COMPLETED. THE UNIVERSITY WAS PROVIDED WITH DOCUMENTS THAT I …..a) am disabled within the meaning of the ADA. b) am a qualified individual under the ADA and c) has suffered an adverse action because of my disablility.

2. REBECCA LYONS AND ALAINA DAIGLE - ADA, FIRST AMENDMENT RETAILIATION, DEFAMATION (SLANDER AND LIABLE), 14TH AMENDMENT VIOLATIONS, TITLE IX VIOLATIONS, DUE PROCESS VIOLATIONS, CONSPIRACY TO COMMIT FRAUD, (THE LINCOLN LAW), MALICIOUS COSPIRACY, INTERFERANCE WITH CONSTITUTIONALY PROTECTED SPEECH AND INTERFERENCE WITH CONSTITUTIONAL RIGHT TO PROPERTY INTEREST. REBECCA LYONS HAD BE SUSPENDED AND BANNED FROM CAMPUS, MAKING THE ATTACHED ALLEGATION TO UNIVERSITY PERSONNEL AND LATER CONSPIRING WITH UNIVERSITY PERSONNEL TO DEPRIVE RIGHTS GUARANTEED BY THE US CONSTITUTION, SOVERIGN IMMUNITY DOES NOT APPLY TO ACTORS IN A COSPIRACY OR TO A PERSON BEING SUED PERSONALLY, PLEASE SEE THE ATTACHED STATEMENT. REBECCA LYONS VIOLATED TITLE IX WHEN SHE WITNESS A FEMALE INSTRUCTOR, ALAINA DAIGLE, ASSAULT ME, MS LYONS ALSO ATTEMPTED OR ACTUAL ACTED IN MALACE TO HAVE ME BANNED, SUSPENDED, EXPELLED, ARRESTED, IN RETALIATION FOR OPPOSING THE COLLEGES INCOSISTENCIES IN POLICIES AND MISCOMMUNICATIONS TO STUDENTS. AND AS STATED ABOVE IN REGARDS TO SHANE ROBICHAUX'S ACTION, CONSPIRACY AND VIOLATION OF DUE PROCESS OF LAW, COSPIRACY WITH ANOTHER STUDENT (TERIL COOPER), TO FALSIFY DOCUMENTS AND CREATE A HOSTILE AND FRIGHTENING ENVIRONMENT THROUGH DEFAMATION AND INTIMIDATING THE PUBLIC

3. ANGELE DAVIS - AS STATED ABOVE AS TO LYONS; ANGELE DAVIS WAS HIGHLY OPPOSITIONAL AND AGGRESSIVE WHEN I STATED AN INSTRUCTOR, ALAINA DAIGLE CHANGED DEADLINES AND THAT UNIVERSITY PERSONNEL SHOULD COORDINATOR AND COMMUNICATE MORE EFFECTIVELY SO THAT THERE IS A PROPER LEVEL OF COMMUNICATIONA WITH STUDENT, ETC. ANGELE DAVIS AND UNIVERSITY PERSONNEL HAD STATED THAT UNIVERSITY PERSONNEL, DID NOT LIKE TO BE QUESTIONED AND THAT WE ALL SHOULD JUST DO WHATEVER THEY SAY; SEE ATTACHED

4. TOMMY PONSON, FACILITATING AND COMMITING THE ABOVE MENTIONED

TOMMY PONSON HELD A DISCIPLINARY HEARING WHERE DUE PROCESS WAS VIOLATED AND I WAS NOT GRANTED ANY MEANINGFUL HEARING AND BE ALLOWED TO CHALLENGE ALAINA DAIGLE IN REGARDS TO HER ASSAULT AND TITLE IX VIOLATION. THE DISCIPLINARY HEARING WAS A JOKE, AND WAS PURELY A FAÇADE. I WAS NOT ALLOWED TO DIRECTLY QUESTION OR CROSS EXAMINE ANY PERSON DURING THE HEARING. I WAS NOT GIVEN PROPER NOTICE, A MEANINGFUL OPPORTUNITY TO BE HEARD OR A NEUTRUAL DECISION MAKER.

5. JAY CLUNE

UPON APPEALING DECISIONS MADE BY THE DISCIPLINARY COMMITTEE, I APPEALED TO THE UNIVERSITY PRESIDENT, AFTER APPEALING TO THE UNIVERSITY VP OF ACADEMIC AFFAIRS,

CONTINUED FROM PREVIOUS......

5. CONTINUED....JAY CLUNE HAD BEEN INFORMED OF THE THREATS, ASSAULT, DEFAMATION AND VIOLATION OF UNIVERSITY POLICES HOWEVER, HE DECLINE TO ALLOW DUE PROCESS AND EQUAL PROTECTIONS UNDER THE LAW. JAY CLUNE CONSPIRED WITH THE COLLEGE OF NURSING, REBECCA LYONS, AND SUE WESTBROOK TO DEPRIVE ME OF CONSTITUTIONALY PROTECTED RIGHTS AND USED MY ADA STATUS AGAINST ME.

6. NICHOLLS STATE UNIVERSITY AND VELMA SUE WESTBROOK

CONSPIRACY TO DEPRIVE ME OF CONSTITUTIONALLY PROTECTED RIGHTS, ALLOW DUE PROCESS AND RETALIATION FOR FREE SPEECH. AS THE ABOVE STATED, I SPOKE ABOUT INCONSISTENCIES IN THE COLLEGE OF NURSING'S PRACTICES AND FAILURE TO EFFECTIVELY COMMUNICATE. THE UNIVERSITY IS NOT PROTECTED BY SOVEREIGN IMMUNITY WHEN THEIR ACTIONS ARE MALICIOUS AND INTENTIONAL OR IN THE CASE OF SUE WESTBROOK, WAS PERSONALLY MOTIVATED.

BOTTOM LINE,

A MEETING WAS HELD AS A PUBLIC FORUM, I RAISED MY HAND, WAITED TO BE ACKNOWLEDGED, STATED MY CONCERN, AND WITHIN DAYS, I WAS SUSPENDED, REFUSED THE ABILITY TO TAKE AN EXAM IN THE DISABLLILITY CENTER FOR A CLASS THAT HAD BEEN COMPLETED, AND A CLASS THAT DID NOT REQUIRE IN PERSON PARTICIPATION/PHYSICAL APPEARANCE (ONLINE CLASS). REFUSED THE RIGHT TO ATTEND CLASSES I'D ALREADY PAID FOR (INCLUDING CLINICS). THE ACTIONS OF THE UNIVERSITY AND IT'S PERSONNEL WHERE CLEARLY MOTIVATED BY RETALIATION. PLEASE SEE THE ATTACHED DOCUMENTS.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

INJUNCTIVE, PUNITIVE, DECLATORY, COMPENSATORY, MONETARY, ANY. THESE WRONGS ARE CONTINUOUS AND WILL RECEIVE A SUPPLEMEN/AMENDMENT. JURY DEMAND IS REQUESTED AND RECEIPTS WILL BE PROVIDED FOR COMENSATORY DAMAGES. I ALSO ASK THE COURT FOR ADMITTANCE OF EVIDENCE UNDER SEAL.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 03/27/2019

Signature of Plaintiff
Printed Name of Plaintiff    HARVEY L CLARK

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address